UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00292-SP | Date | May 16, 2025 |
|---|---|---|---|
| Title | DMITRY SMIRNOV v. USCIS LOS ANGELES ASYLUM OFFICE, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

None Appearing                      None Appearing

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute

On February 3, 2025, plaintiff filed a complaint against defendants USCIS Los Angeles Asylum Office, United States Citizenship and Immigration Services ("USCIS"), and U.S. Department of Homeland Security. Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than May 4, 2025. Because the defendants to be served are agencies of the United States, under Federal Rule of Civil Procedure 4(i), to effect service on defendants, plaintiff was specifically required to serve the summons and complaint on: (1) the United States Attorney for the Central District of California (by delivering a copy to the United States Attorney or his designee, or by sending a copy by registered or certified mail to the Civil Process Clerk at the United States Attorney's Office for the Central District of California); (2) the United States Attorney General by sending a copy by registered or certified mail to the Attorney General of the United States in Washington, D.C.; and (3) the particular named defendant agencies by sending a copy by registered or certified mail to the agencies.

The deadline for service has now passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the complaint has been served on any defendant. As such, it appears plaintiff has failed to effect service on any defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by ***May 30, 2025*** why this case should not be dismissed without prejudice for plaintiff's failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00292-SP | Date | May 16, 2025 |
|---|---|---|---|
| Title | DMITRY SMIRNOV v. USCIS LOS ANGELES ASYLUM OFFICE, et al. | | |

prosecute and serve defendants within the required time period.  Plaintiff may discharge this Order to Show Cause by filing, not later than May 30, 2025, proof of complete and proper service of the summons, complaint, and form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent.

**The court warns plaintiff that failure to respond to the Order to Show Cause by May 30, 2025, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**